GERALD H. ANDREWS, Respondent, v. ROCHESTER ICE AND COLD STORAGE UTILITIES, INCORPORATED, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.